IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GLENN EDWARD SMITH,<br><br>    Plaintiff<br><br>VS.<br><br>WILLIAM MASSEE, *et al.*,<br>    Defendants | NO. 5: 06-CV-21 (DF)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

# O R D E R

The plaintiff in the above-styled case has filed a second MOTION TO APPOINT COUNSEL. Tab #38. The undersigned denied the plaintiff's initial motion on May 2, 2006, citing that the essential facts and legal doctrines in the case are ascertainable by the plaintiff without assistance of counsel. Also in that order, the undersigned noted that if and when appointment of counsel became necessary he would consider appointing counsel on his own motion. Tab #21.

The facts surrounding the plaintiff's case have not changed over the last three months, and therefore the present motion (Tab #38) is DENIED for the reasons set forth in this court's May 2nd Order.

SO ORDERED, this 21st day of AUGUST, 2006.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE