IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GLENN EDWARD SMITH,<br><br>                    Plaintiff<br>VS.<br><br>BILL MASSEE, *et al.*,<br><br>                    Defendants | NO. 5:06-CV-21 (CAR)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## RECOMMENDATION

Plaintiff GLENN EDWARD SMITH has sued TRINITY SERVICES GROUP (hereafter "TRINITY")[1] in the above-styled §1983 action. Although TRINITY has filed a motion asking for its dismissal from the action based on other theories (Tab #12), since TRINITY is not a "person" who may be sued under § 1983 pursuant to *Will v. Michigan Dep't of State Police*, 491 U.S. 58 (1989), no action can be maintained against that entity. Accordingly, IT IS RECOMMENDED that TRINITY be DISMISSED as a party.[2]

Pursuant to 28 U.S.C. § 636(b)(1), the plaintiff may serve and file written objections to this **RECOMMENDATION** with the district judges of this court by filing the same in writing with the Clerk **WITHIN TEN (10) DAYS** after being served with a copy thereof

SO RECOMMENDED this 16th day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The plaintiff's complaint is captioned as being against "Trinity Food Service," but that defendant's motion to dismiss identifies its actual name to be Compass Group, USA, Inc. d/b/a Trinity Services Group, Inc.

[2] Since this Recommendation recommends dismissal on grounds other than those cited in TRINITY's motion to dismiss, IT IS RECOMMENDED that TRINITY's motion to dismiss be DENIED as MOOT.