**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **GLENN EDWARD SMITH,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | **5:06-CV-21(CAR)** |
| | : | |
| **WILLIAM MASSEE, individually, as** | : | |
| **Sheriff of Baldwin County, Georgia, and** | : | |
| **TRINITY FOOD SERVICES GROUP,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| _____ | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION*
## *OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the United States Magistrate Judge's Recommendation (doc. 51) to grant Defendant William Massee's Motion for Summary Judgment (doc. 33). None of the parties filed an objection to the Magistrate Judge's Recommendation. Having carefully considered the United States Magistrate Judge's Report and Recommendation, the Court agrees with the Recommendation. Accordingly, the Recommendation that Defendant William Massee's Motion for Summary Judgment (doc. 33) be **GRANTED** is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

SO ORDERED, this 23rd day of March, 2007.

**/s/ C. Ashley Royal**_____
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

JAB/aeg